UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARET CAPITAL NOMINEES, LTD., in its own capacity and Derivatively on behalf of DEVON AD TECH, INC., CLARET CAPITAL BLADE LTD., in its own capacity and Derivatively on behalf of DEVON IT (EUROPE) LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DEVON IT INC., JOHN BENNETT, JOSEPH MAKOID, DEVON AD TECH, INC., and DEVON IT (EUROPE) LTD., <br><br> Defendants. | Docket No.: 08-cv-3606 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with no answer or motion for summary judgment having been served by the adverse parties, Plaintiffs, Claret Blade Ltd. ("Claret Blade"), Claret Capital Nominees Ltd. ("Claret Nominees"), Devon IT Europe Ltd. ("Devon Europe"), and Devon AD Tech, Inc. ("Devon AD"), hereby voluntarily dismiss this action with prejudice.

Dated:  December 18, 2008

                                         s/ Jeremy Heep
                                         Matthew H. Adler [56373]
                                         Jeremy Heep [75607]
                                         Jeffrey A. Carr [82716]
                                         Deirdre McInerney [200089]
                                         PEPPER HAMILTON LLP
                                         3000 Two Logan Square
                                         Eighteenth and Arch Streets

Philadelphia, PA 19103-2799
Tel:  215.981.4000

Attorneys for Plaintiffs Claret Capital Blade, Ltd.
and Claret Capital Nominees, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2008, copies of the foregoing Notice of Dismissal was served upon the following:

>Dr. John A. Bennett
>1100 First Avenue
>King of Prussia, PA  19406
>(via U.S. Mail)
>
>Joseph Makoid
>1100 First Avenue
>King of Prussia, PA  19406
> (via U.S. Mail)
>
>Paul Crowley, Esq.
>257 W. Uwchlan Ave., Suite 204
>Downingtown, PA 19335
>(via U.S. Mail)

>s/ Deirdre E. McInerney
>Deirdre E. McInerney